AO 91 (Rev 8/01)   Criminal Complaint

United States District Court
Southern District of Texas
FILED

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS | David J. Bradley, Clerk |
MAR 2 9 2019

McALLEN DIVISION

UNITED STATES OF AMERICA

V.

Roney Gabriel Martinez-Galeas

**CRIMINAL COMPLAINT**

AKA:  Dielmer Martinez-Galeas

Case Number:   **M-19- 0714-M**

IAE        YOB:   1982
Honduras

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief. On or about _____ **March 27, 2019** _____ in ___**Starr**___ County, in

the _____**Southern**_____ District of _____**Texas**_____
(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Honduras in pursuance of law, and thereafter was found near Roma, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title ____**8**____ United States Code, Section(s) _____**1326**_____ **(Felony)**
I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Roney Gabriel Martinez-Galeas was encountered by Border Patrol Agents near Roma, Texas on March 27, 2019.  The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on March 27, 2019, near Roma, Texas.  Record checks revealed the Defendant was formally Deported/Excluded from the United States on October 8, 2009 through Phoenix, Arizona.  Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On September 18, 2009 the defendant was convicted of 8 USC 1326, Re-entry of a Previously Removed Alien and was sentenced to time served and twelve (12) months supervised release term.

Continued on the attached sheet and made a part of this complaint:     ☐ Yes   ☒ No

approved by JOS

Sworn to before me and subscribed in my presence,

_Signature of Complainant_

**March 29, 2019**          8:31 am

Mickel Gonzalez          Senior Patrol Agent

Peter E. Ormsby                , U.S. Magistrate Judge
Name and Title of Judicial Officer

_Signature of Judicial Officer_